PARKERTON WIRE WORKS, INC., Respondent, v. ENDEE GARAGE CORPORATION, Appellant, and Others, Defendants.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the

April term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.